THE TIFFANY REALTY COMPANY, Appellant, *v.* ESTEY CONSTRUCTION CORPORATION, Respondent.

(Argued January 10, 1929; decided February 13, 1929.)

*Frank C. Laughlin, Stewart Bowers, Henry Waldman* and *Joseph G. Abramson* for appellant.

*Harold R. Medina* and *William F. McNulty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.